**Appeal Reinstated and Order filed April 16, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-11-01052-CV

_____

**ANGELINA GAILEY, IN HER CAPACITY AS INDEPENDENT EXECUTRIX OF THE ESTATE OF PATRICK LEE GAILEY, DECEASED, Appellant**

**V.**

**PASQUAL GUTIERREZ, Appellee**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-78995**

## R E I N S T A T E M E N T   O R D E R

Appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 10-32826-H2-7.   Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellant's bankruptcy filing, on January 12, 2012, we stayed all proceedings in the appeal.   *See* Tex. R. App. P. 8.2.

On April 13, 2012, appellee filed a motion to reinstate the appeal pursuant to Texas Rule of Appellate Procedure 8.3(a). Attached to the motion is a true copy of the bankruptcy court's order lifting the stay.

The motion is granted. Accordingly, the case is ordered **REINSTATED** and placed on the court's active docket.

The record is due to be filed with the clerk of this court **within 30** days of the date of this order.

PER CURIAM